[No. 14919-2-II.   Division Two.   January 31, 1994.]

KAREN JO DOBSON, *Appellant*, v. THURSTON COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-2-00152-8, Robert J. Doran, J., entered March 27, 1991. *Affirmed in part, reversed in part,* and *remanded* by

unpublished opinion per Alexander, J., concurred in by Seinfeld, A.C.J., and Petrich, J. Pro Tem.